UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:05-CR-000295-KJD-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHELLE FOURNIER | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case [#46] on 07/31/2006.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

HSBC Card Services Inc
Amount of Restitution: $2,013,500.00

**To**tal Amount of Restitution ordered:  **$2,013,500.00**
This amount does not include any prior payments.

Dated this :   May 20, 2024

_____
UNITED STATES DISTRICT JUDGE